In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00111-CV
_____

IN THE INTEREST OF J.M.S. AND C.L.S.

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 10-10-11820-CV

MEMORANDUM OPINION

*Pro se* appellant P.V.S. filed a motion to dismiss this appeal. The motion is voluntarily made by appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on July 24, 2019
Opinion Delivered July 25, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.